# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
**717 MADISON PLACE, N.W.**
**WASHINGTON, D.C. 20439**

**DANIEL E. O'TOOLE**
**CLERK OF COURT**

**TELEPHONE: 202-275-8000**

November 12, 2015

To: John Joseph Feldhaus

Re: Appeal No. 15-2058, Masimo Corporation v. Mindray DS USA, Inc.

## NOTICE OF REJECTION

Dear Counsel:

Your recently submitted motions cannot be filed for the following reason(s):

- The motion to adopt brief used the incorrect relief. Correct relief can be found under the 'response/reply' motion category – 'leave to file response/reply'.

- The motion to set briefing schedule is moot. A dispositive motion is pending, and therefore briefing is suspended – FCR 31(c).

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Andrew Richard Cheslock
Jose L. Patino
Nicola Anthony Pisano
George Ellsworth Quillin
Joseph R. Re